UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14270-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

ALEXANDER WALLACE,                     :

        Petitioner,                    :

                                           REPORT RECOMMENDING DENIAL OF
v.                                     :    CERTIFICATE OF APPEALABILITY
                                              STATE HABEAS CORPUS
FLORIDA PAROLE COMMISSION      :              IN FORMA PAUPERIS
                                             (DE#s 38, 39 &40)
        Respondent.                    :
_____ :

        This  Cause  is  before  the  Court  upon  the  petitioner's
application for certificate of appealability, filed pursuant to 28
U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24,
1996. (DE#38 &39) The petitioner has also filed a motion to proceed
in forma pauperis (DE#40). These motions have been referred to the
undersigned for consideration and report.


        The petitioner filed a prior application for certificate of
appealability,  appealing  the  denial  of  his  habeas  corpus
petition.(DE#21 & 22), with an accompanying motion to proceed in
forma pauperis (DE#23). A Report was entered recommending that the
motions be denied. (DE#25). The recommendation was adopted by
United States District Judge Donald L. Graham on November 26, 2007.
(DE#30).


        The Eleventh Circuit Court of Appeals declined to issue a
certificate of appealability, based upon the petitioner's failure
to make a substantial showing of the denial of a constitutional
right; Case No. 07-14644C (DE#s 34 & 35).

The petitioner is now appealing the denial of his motion for Rule 60(b) relief. Review of the application for certificate of appealability reveals no new argument to substantiate the appeal.

It is therefore recommended that the application for certificate of appealability (DE#38 & 39), and the motion to proceed in forma pauperis be denied. (DE#40).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 2nd day of September, 2009.

 

 

UNITED STATES MAGISTRATE JUDGE

cc: Alexander Wallace, Pro Se
    DC#60640
    Okeechobee Correctional Institution
    (Address of record)

    Appeals Section
    United States District Court

2