UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 06-14270-CIV-GRAHAM

ALEXANDER WALLACE,

    Petitioner,

vs.

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Petitioner's Application for Certificate of Appealability, filed pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996 [D.E. 38 & 39] and Petitioner's motion to proceed in forma pauperis [D.E. 40].

The Motion for a certificate of appealability and the Motion to Proceed in forma pauperis were referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 43]. Judge White has issued a Report and Recommendation [D.E. 44], recommending that the motions be denied. Movant thereafter filed objections to the Magistrate Judge's Report [D.E. 45].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 44] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Petitioner's Application for Certificate of Appealability, filed pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996 [D.E. 38 & 39] is **DENIED**.   It is further

**ORDERED AND ADJUDGED** that the Motion to Proceed in Forma Pauperis [D.E. 40] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc:   U.S. Magistrate Judge Patrick A. White
      Alexander Wallace, Pro Se
      Counsel of Record